Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RORY J. O'FLAHERTY,<br><br>　　　　Defendants. | Case No. CR07-0175RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH RULE 17(c) SUBPOENA *DUCES TECUM* |

Upon consideration of defendant Rory J. O'Flaherty's Motion to Compel ("Motion") compliance with a subpoena *duces tecum* under Federal Rule of Criminal Procedure 17(c) ("Subpoena," which was attached as Exhibit A to the Motion), and any response thereto, it is hereby ORDERED:

1. that Banner Bank shall fully comply with the Federal Rule of Criminal Procedure 17(c) by producing all documents requested in the Subpoena;

2. that the date for the return of the documents the Subpoena is designated as the earlier of August 10, 2007 or 30 days after the date of this order;

3. that the documents be delivered to the offices of Yarmuth Wilsdon Calfo PLLC, Fourth & Madison, 925 Fourth Avenue, Suite 2500, Seattle, WA 98104, attention: Angelo J. Calfo and J. Michael Diaz, counsel for Mr. O'Flaherty; and

[PROPOSED] ORDER GRANTING MOTION TO
COMPEL COMPLIANCE WITH RULE 17(c)
SUBPOENA *DUCES TECUM*
NO. CR 07-0175 RSM – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

4. that all documents produced in response to the subpoena shall be made available only to the prosecution and defense counsel for use only at Mr. O'Flaherty's sentencing and shall be destroyed or returned to Banner Bank at the conclusion of his sentencing.

DATED this 16th day of July, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO
COMPEL COMPLIANCE WITH RULE 17(c)
SUBPOENA *DUCES TECUM*
NO. CR 07-0175 RSM – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888