Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RORY J. O'FLAHERTY,

Defendants.

No. CR 07-0175 RSM

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH HIS SECOND RULE 17(c) SUBPOENA *DUCES TECUM*

Upon consideration of defendant Rory J. O'Flaherty's Motion to Compel ("Motion") compliance with a subpoena *duces tecum* under Federal Rule of Criminal Procedure 17(c) ("Subpoena," which was attached as Exhibit A to the Motion), and any response thereto, it is hereby ORDERED:

1. that Banner Bank shall fully comply with the Federal Rule of Criminal Procedure 17(c) by producing all documents requested in the Subpoena;

2. that the date for the return of the documents the Subpoena is designate as August 10, 2007;

3. that the documents be delivered to the offices of Yarmuth Wilsdon Calfo PLLC, Fourth & Madison, 925 Fourth Avenue, Suite 2500, Seattle, WA 98104, attention: Angelo J. Calfo and J. Michael Diaz, counsel for Mr. O'Flaherty; and

ORDER GRANTING MOTION TO COMPEL
COMPLIANCE WITH HIS SECOND RULE 17(c)
SUBPOENA *DUCES TECUM*
NO. CR 07-0175 RSM – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

4. that all documents produced in response to the Subpoena shall be made available only to the prosecution and defense counsel for use only at Mr. O'Flaherty's sentencing and shall be destroyed or returned to Banner Bank at the conclusion of his sentencing.

DATED this _31__ day of _July_, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Angelo J. Calfo
J. Michael Diaz
Yarmuth Wilsdon Calfo PLLC
Attorneys for Rory O'Flaherty

325.02 hg193303 7/31/07

ORDER GRANTING MOTION TO COMPEL
COMPLIANCE WITH HIS SECOND RULE 17(c)
SUBPOENA *DUCES TECUM*
NO. CR 07-0175 RSM – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888